Petition for Writ of Mandamus Dismissed and Opinion filed April 3, 2003









Petition for Writ of Mandamus Dismissed and Opinion
filed April 3, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00327-CV

____________

 

IN RE DAIMLERCHRYSLER CORPORATION, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On March 21, 2003, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52.  Relator sought to
obtain a ruling by the trial court on relator=s motion to dismiss for forum non conveniens.  On March
24, 2003, the trial court denied relator=s motion, rendering relator=s request for mandamus relief moot.  On March 25, 2003, relator
advised this court by letter that it wished to withdraw its petition.  

We dismiss relator=s petition for writ of mandamus.

PER CURIAM

 

 

Petition Denied
and Opinion filed April 3, 2003.

Panel consists of
Justices Anderson, Seymore, and Guzman.